UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Godfrey David Mckoy,<br>Petitioner,<br>*v.*<br>U.S. Immigration and Customs Enforcement, and Desert View Facility,<br>Respondents. | Case No. 5:26-cv-04414-WLH-DMK<br>**ORDER REQUIRING RESPONDENTS TO FILE EXPEDITED SUPPLEMENTAL BRIEFING** |

The Court is in receipt of Respondents' October 29, 2026, Notice of Intent to Transfer and Remove Petitioner ("Notice," Dkt. No. 15). In light of Respondents' Notice, the Court **ORDERS** Respondents to submit supplemental briefing addressing the following:

1. Respondents shall explain the procedural history and current status of Petitioner's removal proceedings, including if and when the Petitioner's removal order became administratively final, whether Petitioner appealed the October 7, 2026, removal order to the Board of Immigration Appeals, whether any administrative or judicial appeal remains pending and whether any stay of removal is in effect. Respondents shall identify the statutory or regulatory basis for asserting that the removal order is administratively final and submit copies of the removal order and

any relevant appellate decision or order.

2. Respondents shall submit copies of all Immigration Judge decisions and orders concerning Petitioner's detention, custody status, bond eligibility or release, including any orders directing Petitioner's release.

3. Respondents shall explain whether and how Respondents complied with each such decisions or orders. To the extent Respondents did not comply with any order directing release, they shall identify the legal and factual basis for their noncompliance, including any administrative appeal or stay and provide supporting documentation.

4. Respondents shall address the effect of the final removal order on the Court's jurisdiction, the pending habeas petition and the availability of the injunctive relief requested by Petitioner.

Respondents shall file their supplemental brief and supporting documentation **no later than Tuesday, November 3, 2026, at 10:00AM.**

**IT IS SO ORDERED.**

Dated: October 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE